BEFORE THE SECOND DIVISION, MARCH 9, 1959

**No. 62815.**—Hensel, Bruckmann & Lorbacher, Inc. v. United States, protests 244412–K and 244413–K (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of grape shears similar in all material respects to those the subject of *John H. Graham & Co., Inc.* v. *United States* (41 Cust. Ct. 67, C.D. 2022), the claim of the plaintiff was sustained.

**No. 62816.**—Roberts, Reilly & Sons v. United States, protest 320091–K (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of outerwear, wholly or in chief value of cotton having a staple of less than 1⅛ inches in length, it was held that the additional duty assessed under paragraph 924, as modified, *supra*, was improper. The protest was sustained accordingly.

**No. 62817.**—S. D. Industries Agency v. United States, protest 317897–K (New York).

Opinion by RAO, J. The protest was dismissed.